UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ONVIA, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NICHE SITES, LLC, a Pennsylvania limited liability company,<br><br>　　　　　　　　Defendant. | No. C09-0640 RAJ<br><br>**MOTION FOR AN ORDER OF DEFAULT AGAINST DEFENDANT NICHE SITES**<br><br>Note on Motion Calendar: June 2, 2009 |

　　　　Plaintiff Onvia, Inc. ("Onvia") hereby moves this Court for an Order of Default against Defendant Niche Sites, LLC ("Niche Sites"). An entry of default is appropriate pursuant to Fed. R. Civ. Pr. 55(a). That rule provides:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

　　　　Onvia filed a Complaint against Niche Sites on May 8, 2009. *See* Dkt. #1. Niche Sites was served with the Summons and Complaint on May 11, 2009. *See* Dkt. No. 3 (Acknowledgement of Service). As such, the deadline for Niche Sites to plead or otherwise

MOTION FOR AN ORDER OF
DEFAULT AGAINST DEFENDANT - 1
Case No. C09-0640 RAJ

Seattle-3528072.1 0041098-00003

1  defend was June 1, 2009.  Given that Niche Sites has not appeared, pleaded or otherwise

2  defended against the Complaint, Onvia respectfully requests that the Clerk enter an order of

3  default against Defendant pursuant to Fed. R. Civ. Pr. 55(a).  A proposed Order of Default

4  accompanies this motion.

5

6      DATED:  June 2, 2009

        STOEL RIVES LLP

7

8

        s/ Vanessa Soriano Power
9       Vanessa Soriano Power, WSBA No. 30777
        Bryan J. Anderson, WSBA No. 40281
10      STOEL RIVES LLP
        600 University St., Ste. 3600
11      Seattle, WA 98101
        Telephone: (206) 624-0900
12      Fax: (206) 386-7500
        Email:  vspower@stoel.com
13              bjanderson@stoel.com

14      Attorneys for Plaintiff Onvia, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

MOTION FOR AN ORDER OF
DEFAULT AGAINST DEFENDANT - 2
Case No. C09-0640 RAJ

Seattle-3528072.1 0041098-00003

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*